USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-15-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-

SMAIL DJOKIC,

                        Defendant.

------------------------------------------------------------------- x

20-CR-660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **February 17, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
            February 14, 2022

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge