```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED:  6-22-22
---------------------------------------------------------X
United States of America,

                                                    **ORDER**
                                                    20-CR-660 (ALC)

                -against-


Smail Djokic,
---------------------------------------------------------X
```

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the August 25, 2022 sentencing is being adjourned to **September 8, 2022** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       June 22, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE