```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-22-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                 **ORDER**
                                 20-CR-660 (ALC)

    -against-

Smail Djokic,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    Due to a conflict on the Court's calendar, the August 25, 2022 sentencing is being adjourned to **September 8, 2022** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
         June 22, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**