Case 1:20-cr-00660-ALC Document 271 Filed 08/31/22 Page 1 of 1

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/31/22__

# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

August 30, 2022

Honorable Andrew Carter
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

      Re:    USA v. Smail Djokic
                20-Cr. 660 (ALC)

Dear Judge Carter,

    I am the attorney for Smail Djokic. Presently, this case is scheduled for a sentencing hearing on September 8, 2022. I am requesting that the court adjourn that sentencing hearing, with the consent of the Government, for at least 30 days.

    I still need to work with Mr. Djokic to complete my sentencing submission. I finished one trial in July and am preparing for another to begin next week. This is the second request for an adjournment of sentence.

    For these reasons, I respectfully request that the court adjourn Mr. Djokic's sentence until October 10, 2022, or thereafter. I have spoken with AUSA David Felton who consents to this request.

Respectfully submitted,

Patrick Joyce

Cc: AUSA David Felton

---

**The application is GRANTED. The sentencing is adjourned to 10/11/22 at 12:00 p.m.**
So Ordered.

*/s/ Andrew L. Carter*
8/31/22