USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-28-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                         **ORDER**
                                         20-CR-660 (ALC)

        -against-

Smail Djokic,

----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for October 11, 2022 is adjourned to **4:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       September 28, 2022

                                            _____
                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE