MEMO ENDORSED

# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-11-22

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

September 29, 2022

Honorable Andrew Carter
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: USA v. Smail Djokic
20-Cr. 660 (ALC)

Dear Judge Carter,

I am the attorney for Smail Djokic. Presently, this case is scheduled for a sentencing hearing on October 11, 2022. I am requesting that the court adjourn that sentencing hearing, with the consent of the Government.

Please be advised, that I am lead counsel on trial in the Bronx County Criminal Supreme Court on *The People of the State of New York v. Roshawn Pine [01391-2018]*. The case is presently at the pre-trial hearing phase, and I anticipate it will conclude in late October. This is the third request for an adjournment of sentence.

For these reasons, I respectfully request that the court adjourn Mr, Djokic's sentencing until mid-November. I have spoken with the Government, and they consent to this request.

Respectfully submitted,

*Patrick Joyce*
Patrick Joyce

Cc: AUSA David Felton, AUSA Samuel Raymond

The application is granted. Sentencing adjourned to 11/15/22 at 3 p.m.
So Ordered.
/s/ Andrew Carter
10-11-22

1