```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11•7•22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                    **ORDER**
                                  20-CR-660 (ALC)

          -against-

Smail Djokic,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

Due to a conflict on the Court's calendar, the Sentencing set for November 15, 2022 is adjourned to **November 17, 2022** at **12 p.m.**

SO ORDERED.

Dated: New York, New York
       November 7, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE